**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1254

NASSER HASSAN,

Plaintiff - Appellant,

versus

L. A. HEDRICK; S. B. MASON; C. W. TAGGERT; Z.
D. TAYLOR; J. M. TRAVIS,

Defendants - Appellees,

and

STAN G. BARRY; JOHN/JANE DOES, ##1-10;
JOHN/JANE DOES, ##11-20,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (1:05-cv-00385-TSE-LO)

Submitted: February 5, 2007      Decided: February 26, 2007

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nasser Hassan, Appellant Pro Se. Alexander Francuzenko, O'CONNELL,
O'CONNELL & SARSFIELD, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nasser Hassan appeals the district court's orders entering judgment in accordance with a jury verdict and granting summary judgment in favor of another defendant. We have reviewed the record and find no reversible error. Accordingly, we deny Hassan's motion to remand and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED